# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
MARK E. MURPHY AND PAMELA S. MURPHY

**DEFENDANTS**
VILLAGE OF PLAINFIELD, PLAINFIELD TOWNSHIP, PLAINFIELD PARK DISTRICT, GREG BOTT, AND JOAN MEYERS

**(b)** County of Residence of First Listed Plaintiff: WILL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: WILL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LAW OFFICES OF TIMOTHY DWYER
240 W. RIVER DR.
ST. CHARLES, IL 60174   (630) 513-0066

Attorneys (If Known)
McKEOWN LAW FIRM, 2455 GLENWOOD AVE., JOLIET, IL 60435 (815) 729-4800, DYKEMA & GOSSETT, 111 N. OTTAWA, JOLIET, IL (815) 727-4511

**II. BASIS OF JURISDICTION**
[X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
Citizen of This State: PTF [X] 1
Incorporated or Principal Place of Business In This State: DEF [X] 4

**IV. NATURE OF SUIT**
[X] 440 Other Civil Rights

**V. ORIGIN**
[X] 2 Removed from State Court

**VI. CAUSE OF ACTION**
This Court has original jurisdiction pursuant to 28 U.S.C. 1331, based on federal questions cited in Counts V, VII and VIII of Plaintiff's Amended Complaint.

**VIII. REQUESTED IN COMPLAINT:**

**IX. This case** [ ] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: June 9, 2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FILED: JUNE 6, 2008
08CV3293
JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN