UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK E. MURPHY and<br>PAMELA S. MURPHY,<br><br>          Plaintiffs,<br>vs.<br><br>VILLAGE OF PLAINFIELD, a municipal<br>corporation, PLAINFIELD TOWNSHIP,<br>PLAINFIELD PARK DISTRICT, GREG<br>BOTT and JOAN MEYERS, individually,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

FILED: JUNE 6, 2008   LI
08CV3293
JUDGE   LEFKOW
MAGISTRATE   JUDGE ASHMAN

## NOTICE OF FILING

TO:    See attached service list.

PLEASE TAKE NOTICE that we have caused to be electronically filed with the Clerk of the Court on the 6th day of June, 2008, a Notice of Removal of Civil Action, a copy of which is attached hereto.

VILLAGE OF PLAINFIELD, Defendant,

BY: s/ Andrew Muchoney
ANDREW MUCHONEY

McKEOWN, FITZGERALD, ZOLLNER
BUCK, HUTCHISON & RUTTLE
2455 Glenwood Avenue
Joliet, IL 60435
(815) 729-4800
#6217227

## SERVICE LIST
### Murphy, et al. v. Village of Plainfield et al.

**Attorney for Plaintiffs**
Timothy Dwyer
LAW OFFICES OF TIMOTHY DWYER
240 W. River Dr.
St. Charles, IL 60174

**Plainfield Township**
22525 W. Lockport Rd.
Plainfield, IL 60544

**Attorney for Defendants, Greg Bott
and Plainfield Park District**
Matthew W. Campbell
Dykema & Gossett LLC
111 N. Ottawa St.
Joliet, IL 60432-429

**Will County Circuit Clerk**
Pamela McGuire
14 W. Jefferson St.
Joliet, IL 60432

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of the foregoing *Notice and Notice of Removal of Civil Action* was filed electronically. Notice of this filing will be sent by U.S. mail to all parties listed on the service list above. Parties may access this filing through the Court's CM/ECF system.

s/Andrew Muchoney
McKEOWN, FITZGERALD, ZOLLNER,
 BUCK, HUTCHISION & RUTTLE
2455 Glenwood Avenue
Joliet, IL 60435
(815) 729-4800
ARDC No. 6217227
andrew@mckeownlawfirm.com