UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK E. MURPHY and<br>PAMELA S. MURPHY,<br><br>        Plaintiffs,<br>vs.<br><br>VILLAGE OF PLAINFIELD, a municipal<br>corporation, PLAINFIELD TOWNSHIP,<br>PLAINFIELD PARK DISTRICT, GREG<br>BOTT and JOAN MEYERS, individually,<br><br>        Defendants. | Case No. 08 cv 03293 |

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME the Defendants, VILLAGE OF PLAINFIELD and JOAN MEYERS, by and through their attorneys, McKEOWN, FITZGERALD, ZOLLNER, BUCK, HUTCHISON & RUTTLE, and requests an extension of time in which to answer or otherwise plead, and in support thereof, state as follows:

1.    Plaintiffs filed their original Small Claims Complaint with the Circuit Clerk of Will County, Illinois on October 25, 2007.

2.    On May 12, 2008, Plaintiffs amended their Complaint from a One-Count Complaint to an Eight-Count Complaint, added Joan Meyers as a Defendant, and served it on the Village of Plainfield.

3.    Defendant, Joan Meyers, was served with the Amended Complaint on May 19, 2008.

1

4.  Because of the addition of multiple counts and an additional Defendant, the VILLAGE OF PLAINFIELD and JOAN MEYERS respectfully request an extension of time in which to answer or otherwise plead.

5.  An extension of time would not prejudice the Plaintiff in any way.

WHEREFORE, Defendants, VILLAGE OF PLAINFIELD and JOAN MEYERS, pray this Honorable Court grant their Motion and give Defendants an additional twenty-eight (28) days in which to file an answer or other responsive pleading.

>  Respectfully submitted,
>  s/ Andrew Muchoney
>  ANDREW MUCHONEY
>  McKeown, Fitzgerald, Zollner,
>  Buck, Hutchison & Ruttle
>  2455 Glenwood Avenue
>  Joliet, Illinois 60435
>  Phone: (815) 729-4800
>  Fax:    (815) 729-4711
>  Email:  andrew@mckeownlawfirm.com