UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK E. MURPHY and<br>PAMELA S. MURPHY,<br><br>        Plaintiffs,<br>vs.<br><br>VILLAGE OF PLAINFIELD, a municipal corporation, PLAINFIELD TOWNSHIP, PLAINFIELD PARK DISTRICT, GREG BOTT and JOAN MEYERS, individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Case No. 08 cv 03293<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   See attached service list.

**PLEASE TAKE NOTICE** that on the 19th day of June, 2008, at 9:30 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Northern District Court of the United States, before the Honorable Judge Lefkow in Room 1925 of the United States Courthouse, Eastern Division, 219 South Dearborn, Chicago, Illinois, and then and there present a Motion to Extend Time to Answer or Otherwise Plead, a copy of which is attached hereto, at which time and place you may appear if you so desire.

                                          VILLAGE OF PLAINFIELD and
                                          JOAN MEYERS, Defendants,


                                          BY: s/ Andrew Muchoney
                                              ANDREW MUCHONEY


McKEOWN, FITZGERALD, ZOLLNER
BUCK, HUTCHISON & RUTTLE
2455 Glenwood Avenue
Joliet, IL 60435
(815) 729-4800
#6217227

## SERVICE LIST
### Murphy, et al. v. Village of Plainfield et al.

**Attorney for Plaintiffs**
Timothy Dwyer
LAW OFFICES OF TIMOTHY DWYER
240 W. River Dr.
St. Charles, IL 60174

**Plainfield Township**
22525 W. Lockport Rd.
Plainfield, IL 60544

**Attorney for Defendants, Greg Bott and Plainfield Park District**
Matthew W. Campbell
Dykema & Gossett LLC
111 N. Ottawa St.
Joliet, IL 60432-429

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, a copy of the foregoing *Notice and Motion to Extend Time to Answer or Otherwise Plead* was filed electronically. Notice of this filing will be sent by U.S. mail to all parties listed on the service list above. Parties may access this filing through the Court's CM/ECF system.

s/Andrew Muchoney
McKEOWN, FITZGERALD, ZOLLNER, BUCK, HUTCHISION & RUTTLE
2455 Glenwood Avenue
Joliet, IL 60435
(815) 729-4800
ARDC No. 6217227
andrew@mckeownlawfirm.com
