6193041 (JWG)        JWG:amt         6/17/08             WHITE        17716F-5-80-OB

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARK E. MURPHY and PAMELA S. MURPHY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 08 CV 3293 |
| | ) | Judge Joan H. Lefkow |
| VILLAGE OF PLAINFIELD, a municipal corporation, PLAINFIELD TOWNSHIP, PLAINFIELD PARK DISTRICT, GREG BOTT and JOAN MEYERS, Individually, | ) ) ) ) ) | Magistrate Martin C. Ashman |
| Defendants. | ) | |

### MOTION FOR ENLARGEMENT OF TIME

NOW COME defendants PLAINFIELD PARK DISTRICT and GREG BOTT, by and through their attorneys John W. Gilligan, III and Mark A. Huske of STELLATO & SCHWARTZ, LTD., and move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to answer or otherwise plead to the Amended Complaint of plaintiffs, MARK E. MURPHY and PAMELA S. MURPHY. In support thereof, defendants state as follows:

1. On or around May 12, 2008, plaintiffs, MARK E. MURPHY and PAMELA S. MURPHY, filed the present Amended Complaint in the Law Division of Will County naming as defendants, *inter alia*, PLAINFIELD PARK DISTRICT and GREG BOTT.

2. In said Amended Complaint, plaintiffs allege the following causes of action against the various named defendants: (1) Negligent Trespass; (2) Willful and Wanton Conduct; (3) Intentional Trespass; (4) Violation of Article 1, Section 15 of the Constitution of the State of Illinois; (5) Violation of the Fifth and Fourteenth Amendments of the Constitution of the United States of

America; (6) Malicious Prosecution; (7) Section 1983; and (8) Monell Violation.

3. Before PLAINFIELD PARK DISTRICT and GREG BOTT could timely answer plaintiffs' Complaint, Co-defendants VILLAGE OF PLAINFIELD and JOAN MEYERS filed a Notice of Removal on June 6, 2008, removing the matter from the Law Division of Will County to this court.

4. Defendants' attorneys did not become aware of this suit until June 13, 2008, but still timely filed appearances in this matter, despite the change in venue.

5. Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part, the following:

> **(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order. . .

Fed. R. Civ. P. 6(b).

6. As a result of t the necessity of performing a preliminary fact investigation prior to filing a responsive pleading, defendants request that the time for filing a responsive pleading be enlarged by thirty (30) days, pursuant to Fed. R. Civ. P. 6(b).

WHEREFORE defendants PLAINFIELD PARK DISTRICT and GREG BOTT pray this Court grant them an additional thirty (30) days to answer or otherwise respond to the Complaint of plaintiffs, MARK E. MURPHY and PAMELA S. MURPHY.

        Respectfully submitted,

        STELLATO & SCHWARTZ, LTD.


By:    **/s/ John W. Gilligan, III**
        John W. Gilligan, III

John W. Gilligan - 6193041
Mark A. Huske - 6269981
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants Plainfield Park District and Greg Bott
One Tower Lane
Suite 1800
Oakbrook Terrace, IL 60181
(312) 419-1011