6193041 (JWG)
6269981 (MAH)          JWG:amt          6/17/08          WHITE          17716F-5-80-OB

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARK E. MURPHY and PAMELA S. MURPHY, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. 08 CV 3293 |
| ) | Judge Joan H. Lefkow |
| VILLAGE OF PLAINFIELD, a municipal ) corporation, PLAINFIELD TOWNSHIP, ) PLAINFIELD PARK DISTRICT, GREG BOTT ) and JOAN MEYERS, Individually, ) ) | Magistrate Martin C. Ashman |
| Defendants. ) | |

### NOTICE OF MOTION

To:    Attorney for Plaintiffs:           Attorneys for Village and Meyers:
        Mr. Timothy P. Dwyer              Mr. Andrew Athis Muchoney
        Law Offices of Timothy P. Dwyer     Ms. Marie L. Mravle
        240 West River Drive                McKeown, Fitzgerald, Zollner, Buck, St.
        Charles, IL 60174                    Hutchison & Ruttle
        St. Charles, IL 60174              2455 Glenwood Avenue
                                               Joliet, IL 60435

     On June 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan H. Lefkow or any judge sitting in her stead, in the courtroom usually occupied by her in Room 192 of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Motion for Enlargement of Time.

Name:          STELLATO & SCHWARTZ, LTD.
Attorney for:  Defendants Plainfield Park District and Greg Bott
Address:      One Tower Lane, Suite 1800
City:           Oakbrook Terrace, IL 60181
Telephone:   (630) 571-2900
Atty No:      6193041 (JWG)
                6269981 (MAH)

**PROOF OF SERVICE BY CM/ECF**

    I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on June 18, 2008.

                                             **/s/ John W. Gilligan, III**
                                             John W. Gilligan, III