UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mark E. Murphy, et al.
                              Plaintiff,

v.                                           Case No.: 1:08−cv−03293
                                             Honorable Joan H. Lefkow

Village of Plainfield, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

   MINUTE entry before the Honorable Joan H. Lefkow:Defendants Plainfield Park District and Greg Bott's motion for enlargement of time of 30 days to answer or otherwise respond to the complaint [11] is granted. Status hearing of 7/29/2008 stricken and reset to 7/31/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.