UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK E. MURPHY and PAMELA S. MURPHY, <br><br> Plaintiffs, <br><br> vs. <br><br> VILLAGE OF PLAINFIELD, a municipal corporation, PLAINFIELD TOWNSHIP, PLAINFIELD PARK DISTRICT, GREG BOTT and JOAN MEYERS, individually, <br><br> Defendants. | Case No. 08 cv 03293 |

### THE VILLAGE OF PLAINFIELD AND JOAN MEYERS' MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS IN EXCESS OF FIFTEEN (15) PAGES

NOW COME the Defendants, VILLAGE OF PLAINFIELD and JOAN MEYERS, by and through their attorneys, McKEOWN, FITZGERALD, ZOLLNER, BUCK, HUTCHISON & RUTTLE, and requests leave to file their Brief in Support of their Motion to Dismiss in excess of fifteen pages but not to exceed thirty pages, and in support thereof, state as follows:

1. Plaintiffs filed their original Small Claims Complaint with the Circuit Clerk of Will County, Illinois on October 25, 2007.

2. On May 12, 2008, Plaintiffs amended their Complaint from a One-Count Complaint to an Eight-Count Complaint, added Joan Meyers as a Defendant, and served it on the Village of Plainfield.

3. United States District Court, Northern District of Illinois, Local Rule 7.1 states:

> Neither a brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master shall exceed 15 pages without prior approval of the court. Briefs that exceed the 15 page limit must

1

have a table of contents with the pages noted and a table of cases. Any brief or objection that does not comply with this rule shall be filed subject to being stricken by the court.

4. Counsel for Defendants Joan Meyers and the Village of Plainfield intend on filing a Motion to Dismiss in response to Plaintiff's Amended Complaint on or before the date Defendant's responsive pleading is due.

5. Because the Brief in Support of the Motion to Dismiss will contain arguments for two different and distinct Defendants, namely Joan Meyers and the Village of Plainfield, counsel respectfully requests that this Honorable Court grants counsel leave to file a Brief in Support of their Motion to Dismiss in excess of fifteen (15) pages, but not to exceed thirty (30) pages.

6. Furthermore, allowing Defendants Joan Meyers and the Village of Plainfield to file one combined brief will dramatically reduce legal costs for the Defendants.

7. Defendants intend to comply with Local Rule 7.1 and include a table of contents and a table of cases with the Brief in Support of their Motion to Dismiss.

WHEREFORE, Defendants, VILLAGE OF PLAINFIELD and JOAN MEYERS, pray this Honorable Court (a) grant their Motion to file a Brief in Support of their Motion to Dismiss in excess of fifteen (15) pages, but not to exceed thirty (30) pages; and (b) confer such other relief as this Honorable Court may deem just and appropriate

Respectfully submitted,
s/ Marie Mravle
MARIE MRAVLE
McKeown, Fitzgerald, Zollner,
 Buck, Hutchison & Ruttle
2455 Glenwood Avenue
Joliet, Illinois 60435
Phone:  (815) 729-4800
Fax:    (815) 729-4711
Email:  marie@mckeownlawfirm.com