## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARK E. MURPHY and<br>PAMELA S. MURPHY, | )<br>)<br>) | |
| Plaintiffs, | ) | |
| vs. | )<br>) | Case No. 08 cv 03293 |
| VILLAGE OF PLAINFIELD, a municipal<br>corporation, PLAINFIELD TOWNSHIP,<br>PLAINFIELD PARK DISTRICT, GREG<br>BOTT and JOAN MEYERS, individually, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    See attached service list.

**PLEASE TAKE NOTICE** that on the 1ˢᵗ day of July, 2008, at 9:30 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Northern District Court of the United States, before the Honorable Judge Lefkow in Room 1925 of the United States Courthouse, Eastern Division, 219 South Dearborn, Chicago, Illinois, and then and there present a Motion for Leave to File Brief in Support of their Motion to Dismiss in Excess of Fifteen Pages, a copy of which is attached hereto, at which time and place you may appear if you so desire.

VILLAGE OF PLAINFIELD and
JOAN MEYERS, Defendants,

BY: s/ Marie Mravle
MARIE MRAVLE

McKEOWN, FITZGERALD, ZOLLNER
BUCK, HUTCHISON & RUTTLE
2455 Glenwood Avenue
Joliet, IL 60435
(815) 729-4800
#6293436

## SERVICE LIST
### Murphy, et al. v. Village of Plainfield et al.

**Attorney for Plaintiffs**
Timothy Dwyer
LAW OFFICES OF TIMOTHY DWYER
240 W. River Dr.
St. Charles, IL 60174

**Plainfield Township**
22525 W. Lockport Rd.
Plainfield, IL 60544

**Attorney for Defendants, Greg Bott**
**and Plainfield Park District**
John W. Gilligan, III
Mark A. Huske
Stellato & Schwartz, Ltd.
One Tower Lane
Suite 1800
Oakbrook Terrace, IL 60181
(630) 571-2900
Facsimile (630) 571-1198
jgilligan@stellatoschwartz.com
mhuske@stellatoschwartz.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, a copy of the foregoing *Notice and Motion for Leave to File Brief in Support of their Motion to Dismiss in Excess of Fifteen Pages* was filed electronically. Notice of this filing will be sent by U.S. mail to all parties listed on the service list above that will not receive it via the Court's CM/ECF system. Parties may access this filing through the Court's CM/ECF system.

/s/ Marie Mravle
McKEOWN, FITZGERALD, ZOLLNER,
  BUCK, HUTCHISION & RUTTLE
2455 Glenwood Avenue
Joliet, IL 60435
(815) 729-4800
ARDC No. 6293436
marie@mckeownlawfirm.com