# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 3293

MARK E. MURPHY and PAMELA S. MURPHY  v.
VILLAGE OF PLAINFIELD, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| Mark E. Murphy and Pamela S. Murphy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ |
| FIRM |
| Law Offices of Timothy P. Dwyer |
| STREET ADDRESS |
| 240 West River Drive |
| CITY/STATE/ZIP |
| St. Charles, IL  60174 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06203199 | 630-513-0066 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]

FILED
JUN 2 4 2008  TC
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARK E. MURPHY and )
PAMELA S. MURPHY, )
 )
       Plaintiffs, )
 )
vs. )  No.: 08 CV 3293
 )  Circuit Court: 07 SC 8874
 )
VILLAGE OF PLAINFIELD, a municipal )
corporation, PLAINFIELD TOWNSHIP, )
PLAINFIELD PARK DISTRICT, GREG BOTT )
and JOAN MEYERS, individually, )
 )
       Defendants. )

**FILED**

JUN 2 4 2008 T.C.
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

To:   United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604

Will County Circuit Clerk, Pamela McGuire, 14 W. Jefferson Street, Joliet, IL 60432

Plainfield Township, 22525 W. Lockport Road, Plainfield, IL 60544

Mathew W. Campbell, Dykema & Gossett, LLC, 11 N. Ottawa Street, Joliet, IL 60432

Marie Mraule, McKeown, Fitzgerald, Zollner, Buck, Hutchision & Ruttle, 2455 Glenwood Avenue, Joliet, IL 60435

    PLEASE TAKE NOTICE that we have caused to be filed with the United States District Court, this _20_ day of June, 2008, the following documents, copies of which are attached hereto: Appearance.

                               Law Offices of Timothy P. Dwyer

                               BY: _____
                                 Attorney for Plaintiffs

Law Office of Timothy P. Dwyer
240 West River Drive
St. Charles, IL 60174
(630) 513-0066
Attorney No.: 06203199

-1-

## PROOF OF SERVICE

  The undersigned certifies that a copy of the foregoing Notice of Filing was served upon the above by enclosing same in an envelope addressed to the same at their business address as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelope in a U.S. Post Office Box in St. Charles, Illinois, on the 20 day of June, 2008 before the hour of 6:00 p.m.

*Dawn Jones*

Subscribed and sworn to before me this 20 day of June, 2008

*[Notary seal: "OFFICIAL" MELISSA L. CARNELL, Notary Public, State of Illinois]*

Notary Public

Law Office of Timothy P. Dwyer
240 West River Drive
St. Charles, IL 60174
(630) 513-0066
Attorney No.: 06203199