**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mark E. Murphy, et al.
                            Plaintiff,

v.                                                 Case No.: 1:08−cv−03293
                                                 Honorable Joan H. Lefkow

Village of Plainfield, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendants' motion for leave to file brief in support of their motion to dismiss in excess of 15 pages [16] is granted. Brief in support is not to exceed 30 pages. Reply brief shall not exceed 10 pages.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.