06193041         JWG:amr      7-23-08         WHITE            17716F-5-80-OB

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARK E. MURPHY and PAMELA S. MURPHY, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> VILLAGE OF PLAINFIELD, a municipal ) <br> corporation, PLAINFIELD TOWNSHIP, ) <br> PLAINFIELD PARK DISTRICT, GREG BOTT ) <br> and JOAN MEYERS, Individually, ) <br> ) <br> **Defendants.** ) | No. 08 CV 3293 <br> Judge Joan H. Lefkow <br> Magistrate Martin C. Ashman |

## NOTICE OF MOTION

To:  Mr. Timothy P. Dwyer               Mr. Andrew Athis Muchoney
     Law Offices of Timothy P. Dwyer    Ms. Marie L. Mravle
     240 West River Drive               McKeown, Fitzgerald, Zollner, Buck,
     St. Charles, IL 60174              Hutchison & Ruttle
                                        2455 Glenwood Avenue
                                        Joliet, IL 60435

On **_July 31, 2008, at 9:30 a.m._**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan H. Lefkow or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925 of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendants' Motion to Dismiss, contemporaneously filed herewith.

STELLATO & SCHWARTZ, LTD.


By:   /s/ John W. Gilligan, III
     John W. Gilligan, III
     STELLATO & SCHWARTZ, LTD.
     Attorneys for Defendants Plainfield Park District and Greg Bott
     One Tower Lane, Suite 1800
     Oakbrook Terrace, Illinois 60181
     (630) 571-2900
     (630) 571-1198 (Fax)
     jgilligan@stellatoschwartz.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2008, he electronically filed with the Clerk of the Court of the U.S. District Court, Northern District of Illinois, Eastern Division, defendant Plainfield Park District's Notice of Motion to Dismiss, using the CM/ECF system, which will send notice of such filing to all counsel so registered.

STELLATO & SCHWARTZ, LTD.


By:   /s/ John W. Gilligan, III
     John W. Gilligan, III
     STELLATO & SCHWARTZ, LTD.
     Attorneys for Defendants Plainfield Park District and Greg Bott
     One Tower Lane, Suite 1800
     Oakbrook Terrace, Illinois 60181
     (630) 571-2900
     (630) 571-1198 (Fax)
     jgilligan@stellatoschwartz.com