**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| |

| CITY/STATE/ZIP |
|---|
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |

6290240 (GPM)  GPM:kl  07/23/08  WHITE  17716F-5-80-OB

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARK E. MURPHY and PAMELA S. MURPHY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 08 CV 3293 |
| | ) | Judge Joan H. Lefkow |
| VILLAGE OF PLAINFIELD, a municipal corporation, PLAINFIELD TOWNSHIP, PLAINFIELD PARK DISTRICT, GREG BOTT and JOAN MEYERS, Individually, | ) ) ) ) ) | Magistrate Martin C. Ashman |
| Defendants. | ) | |

### NOTICE OF FILING

To: Mr. Timothy P. Dwyer           Mr. Andrew Athis Muchoney
    Law Offices of Timothy P. Dwyer  Ms. Marie L. Mravle
    240 West River Drive             McKeown, Fitzgerald, Zollner, Buck,
    St. Charles, IL 60174            Hutchison & Ruttle
                                     2455 Glenwood Avenue
                                     Joliet, IL 60435

YOU ARE HEREBY NOTIFIED that on July 23, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Appearance, a copy of which is attached hereto.

      /s/ Stellato & Schwartz, Ltd.
      STELLATO & SCHWARTZ, LTD.

6290240 (GPM)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant - Plainfield Park District and Bott
120 N. LaSalle Street, Suite 3400
Chicago, IL 60602
(312) 419-1011

      I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on July 23, 2008.

                                          **/s/ Graham P. Miller**
                                          Graham P. Miller