UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mark E. Murphy, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−03293
                                                Honorable Joan H. Lefkow

Village of Plainfield, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 7/24/2008. Defendants Village of Plainfield and Joan Meyers' motion to dismiss [20] is denied in the following respects: the claim of willful neglect (Count II); intentional trespass (Count III); wrongful taking under the Illinois Constitution (Count IV); malicious prosecution (Count VI). Plaintiff is directed to respond to the remaining portions of the motion [20] (issues of immunity and the violation of the takings clause of the U.S. Constitution). Response is due by 9/12/2008; reply is due by 9/30/2008; ruling will issue by mail. The time to answer is suspended pending resolution of whether this court will retain jurisdiction of the Illinois claim.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.