**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mark E. Murphy, et al.
                          Plaintiff,

v.                                                Case No.: 1:08−cv−03293
                                                      Honorable Joan H. Lefkow

Village of Plainfield, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held and motion hearing held on 7/31/2008. Plaintiff is given until 8/21/2008 to respond to Part I.A. of defendants' motion to dismiss [22]. Defendants are given 9/4/2008 to reply. The motion [22] is denied insofar as it is based on arguments made in Parts I.B. and following. Ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.