UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK E. MURPHY and<br>PAMELA S. MURPHY,<br><br>    Plaintiffs,<br><br>vs.<br><br>VILLAGE OF PLAINFIELD, a municipal<br>corporation, PLAINFIELD TOWNSHIP,<br>PLAINFIELD PARK DISTRICT, GREG BOTT<br>and JOAN MEYERS, individually,<br><br>    Defendants. | No.: 08 CV 3293<br>Circuit Court: 07 SC 8874<br><br>**FILED**<br>AUG 2 8 2008  TC<br>AUG 28 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiffs, Mark E. Murphy and Pamela S. Murphy, by and through their attorneys, the Law Offices of Timothy P. Dwyer, and in moving for the entry of an order of default against the Defendant, Plainfield Township, state as follows:

1. This action is for a negligent trespass, willful and wanton conduct, intentional trespass, and numerous other violations. The amended complaint was filed on May 12, 2008.

2. The Defendant, Plainfield Township, was served upon Anita Gerardy with service of process, on May 19, 2008 at 11:25 a.m.

3. As of the date this Motion was filed, the Defendant, Plainfield Township, has not filed an Appearance or Answer, on their own behalf or through an attorney and is thereby in default.

WHEREFORE, the Plaintiffs, Mark E. Murphy and Pamela S. Murphy, respectfully request that this Honorable Court enter an order of default against the Defendant, Plainfield Township, and set this matter for a prove up of damages.

Respectfully submitted,

Mark E. Murphy and Pamela S. Murphy

By: _____
One of their Attorneys

THE LAW OFFICE OF TIMOTHY P. DWYER
240 West River Drive
St. Charles, IL 60174
Attorney No.: 06203199
(630) 513-0066