## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARK E. MURPHY and<br>PAMELA S. MURPHY,<br><br>  Plaintiffs,<br><br>vs.<br><br>VILLAGE OF PLAINFIELD, a municipal<br>corporation, PLAINFIELD TOWNSHIP,<br>PLAINFIELD PARK DISTRICT, GREG BOTT<br>and JOAN MEYERS, individually,<br><br>  Defendants. | No.: 08 CV 3293<br>Circuit Court: 07 SC 8874<br><br>**FILED**<br>AUG 28 2008 TC<br>AUG 28 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### NOTICE OF MOTION

To:  United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604

Will County Circuit Clerk, Pamela McGuire, 14 W. Jefferson Street, Joliet, IL 60432

Plainfield Township, 22525 W. Lockport Road, Plainfield, IL 60544

Mathew W. Campbell, Dykema & Gossett, LLC, 11 N. Ottawa Street, Joliet, IL 60432

Marie Mraule, McKeown, Fitzgerald, Zollner, Buck, Hutchision & Ruttle, 2455 Glenwood Avenue, Joliet, IL 60435

YOU ARE HEREBY NOTIFIED that on Thursday, the 4th day of September, 2008 at the opening of court at 9:30 a.m. of said day, or as soon thereafter as counsel can be heard, we shall appear before the honorable Joan Humphrey Lefkow, or such other Judge as may be holding court in her absence, in the court room 1925, or in the court room usually occupied by her, at the United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present for hearing instanter the attached Motion for Default Judgment, at which time and place you may appear if you see fit so to do.

DATED at St. Charles, Illinois, this 26 day of August, 2008.

- 1 -

BY: _____
Attorney for Plaintiffs

Law Offices of Timothy P. Dwyer, Esq.
Timbers Professional Center
240 West River Drive
St. Charles, IL 60174
(630) 513-0066

## PROOF OF SERVICE

    The undersigned certifies that a copy of the foregoing Notice of Motion was served upon the parties of record to the above cause via facsimile, by hand delivery and by enclosing same in an envelope addressed to the same at their address as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelope in a U.S. Post Office Box in St. Charles, Illinois, on the ___ day of August, 2008.

_____
Dawn Jones

Subscribed and sworn to before me
this ___ day of August, 2008.

_____
Notary Public

Law Offices of Timothy P. Dwyer, Esq.
Timbers Professional Center
240 West River Drive
St. Charles, IL 60174
(630) 513-0066