**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL              APPOINTED COUNSEL |

06287296        TPS:kl            09/03/08            WHITE        17716F-5-80-OB

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK E. MURPHY and PAMELA S. MURPHY, ) ) ) | |
| **Plaintiffs,** ) ) | |
| vs. ) ) | No. 08 CV 3293 |
| ) | Judge Joan H. Lefkow |
| VILLAGE OF PLAINFIELD, a municipal ) corporation, PLAINFIELD TOWNSHIP, ) PLAINFIELD PARK DISTRICT, GREG BOTT ) and JOAN MEYERS, Individually, ) ) | Magistrate Martin C. Ashman |
| **Defendants.** ) | |

## NOTICE OF FILING

To:   Mr. Timothy P. Dwyer                    Mr. Andrew Athis Muchoney
       Law Offices of Timothy P. Dwyer        Ms. Marie L. Mravle
       240 West River Drive                   McKeown, Fitzgerald, Zollner, Buck,
       St. Charles, IL 60174                  Hutchison & Ruttle
                                              2455 Glenwood Avenue
                                              Joliet, IL 60435

   YOU ARE HEREBY NOTIFIED that on September 3, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Appearance, a copy of which is attached hereto.

                              /s/ Stellato & Schwartz, Ltd.
                              STELLATO & SCHWARTZ, LTD.

06287296
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendants - Plainfield Park District and Bott
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

      I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on September 3, 2008.

                                                  /s/ **Timothy P. Scahill**
                                                  Timothy P. Scahill