UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Mark E. Murphy, et al.
                                   Plaintiff,

v.                                                                   Case No.: 1:08−cv−03293
                                                                   Honorable Joan H. Lefkow

Village of Plainfield, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 9/4/2008 regarding motion for default judgment [29]. Motion for default judgment [29] is denied without prejudice for failure to demonstrate service on defendant Plainfield Township. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.